UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A. LUCAS, et al.,<br><br>    Defendants. | No. 2:19-cv-00419 MCE DB P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 21, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 19.)  Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2021 (ECF No. 19), are adopted in full;
2. The court finds plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action;
3. Plaintiff's in forma pauperis status is revoked;
4. Plaintiff shall pay the $402 filing fee required by 28 U.S.C. § 1914 and the fee schedule for the Eastern District of California in order to proceed with this action within fourteen days; and
5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  December 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE