UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No.  2:19-cv-0419 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| A. LUCAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 13, 2022, the court denied two motions from plaintiff in which he requested that the court appoint him counsel and an interpreter.  (ECF No. 25.)  Plaintiff has filed a new motion requesting the appointment of counsel and an interpreter.  (ECF No. 26.)  Plaintiff's request is made on identical grounds to his previous motions and does not present any new facts.  (See Id.)  As such, this motion will be denied on the grounds stated in the court's prior order.  (See ECF No. 25.)  Additionally, plaintiff is warned that the filing of inappropriate and/or repetitive motions may result in dismissal of this action.  See Fed. R. Civ. P. 11(b).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel and an interpreter (ECF No. 26) is denied.

Dated:  February 15, 2022

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/ruiz0419.31+31c(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28