UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. LUCAS, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-00419 MCE DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 7, 2021, plaintiff's motion to proceed in forma pauperis was revoked as plaintiff had accrued three strikes 28 U.S.C. § 1915(g) prior to filing this action. (ECF No. 21 at 2.)  Plaintiff was ordered to pay the required filing fee within fourteen days in order to proceed with this action.  (Id.)

　　　　On January 13, 2022, more than fourteen days after plaintiff was ordered to pay the required filing fee, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and

////

////

////

////

1

recommendations were to be filed within twenty-one days.  (ECF No. 24.)  Plaintiff has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2022 (ECF No. 24), are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 3, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has since filed a motion to appoint counsel.  (ECF No. 26.)  However, this motion is not responsive to the January 13, 2022 findings and recommendations and has been denied.  (ECF No. 27.)

2